**748**

■ ELSA P. CALDWELL et al., as Executors of THEODORE G. CALDWELL, Deceased, et al., Plaintiffs, v. UNITED STATES TRUST COMPANY OF NEW YORK, as Executor and Trustee of GERTRUDE E. CALDWELL, Deceased, Defendant.— Submission of a controversy on an agreed statement of facts (Civ. Prac. Act, §§ 546–548). Judgment is unanimously directed for defendant, without costs, (1) declaring that the mortgage in suit constituted an enforcible lien upon the real property at the time of the delivery of the satisfaction piece and (2) in the amount of $8,500, with interest at the rate of 5% per annum. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ COUNTY INDUSTRIAL CORP., Respondent, v. WILLIAM FRANCIA et al., Appellants.— In an action to foreclose a mortgage on real property, the appeal is from an order granting a motion to strike out the affirmative defense and counterclaim based upon section 131 of the Banking Law. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.